Owen D. OATES *v.* Maria Teresa OATES

99-1210                                                                 10 S.W.3d 891

Supreme Court of Arkansas
Opinion delivered March 2, 2000

*H. Oscar Hirby,* for appellant.

*Herby Branscum, Jr.,* for appellee.

DONALD L. CORBIN, Justice. Appellant Owen D. Oates appeals an order of the Perry County Chancery Court granting Appellee Maria Teresa Oates a divorce and establishing the parties' rights in both real and personal property. Appellant sets forth four points for reversal that involve property-settlement issues and an award of attorney's fees. A related opinion was previously handed down in *Oates v. Oates,* 340 Ark. ___, ___ S.W.3d ___ (Feb. 24, 2000). In that opinion, we reversed the trial court's order granting Appellee a divorce because Appellee failed to provide

corroboration of her grounds for divorce. As a result of our decision in that case, Appellant's points for reversal in the present matter are moot. Accordingly, this appeal is dismissed.